**UNITED STATES of America,**
**Plaintiff-Appellee**

**v.**

**Victor HUIJON-LEON, also known as Victor Leon, also known as Rudolfo Ruiz, also known as Victor Huijon Leon, also known as Victor R. Samo-**ra, also known as Jose L. Huerta, also known as Victor Manuel Samora, also known as Miguel Garcia, also known as Jose Leon, Defendant-Appellant

**No. 17-20186**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed December 7, 2017

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Victor Huijon-Leon, Pro Se

Before HIGGINBOTHAM, JONES, and SMITH, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Victor Huijon-Leon has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir. 2011). Huijon-Leon has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further re-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

sponsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.